# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Loreto Julia Kintanar | § | Case No. 12-25604 |
| Guadalupe Kintanar | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/26/2012 . The undersigned trustee was appointed on 01/11/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 4,500.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 70.00 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 4,430.00 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was  05/16/2016  and the deadline for filing governmental claims was  05/16/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,125.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,125.00 , for a total compensation of $ 1,125.00 $^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 33.74 , for total expenses of $ 33.74 $^{2}$.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/28/2016    By: /s/Zane L. Zielinski
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-25604 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| Case Name: | Loreto Julia Kintanar | | | | Date Filed (f) or Converted (c): | 06/26/2012 (f) |
| | Guadalupe Kintanar | | | | 341(a) Meeting Date: | 02/04/2016 |
| For Period Ending: | 09/28/2016 | | | | Claims Bar Date: | 05/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1032 Redondo Drive Romeoville, Il 60446 - (Debtors Primary R | 180,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account With Citibank | 25.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account With Bank Of America | 125.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods; Tv, Dvd Player, Tv Stand, Stereo, Sofa, Vac | 1,800.00 | 0.00 | | 0.00 | FA |
| 5. Books, Compact Discs, Tapes/Records, Family Pictures | 150.00 | 0.00 | | 0.00 | FA |
| 6. Necessary Wearing Apparel. | 150.00 | 0.00 | | 0.00 | FA |
| 7. Earrings, Watch, Costume Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 8. Pension W/ Employer/Former Employer | 282,000.00 | 0.00 | | 0.00 | FA |
| 9. 2005 Harley Softail | 6,000.00 | 1,000.00 | | 1,000.00 | FA |
| 10. 2006 Ford Expedition | 6,000.00 | 1,000.00 | | 1,000.00 | FA |
| 11. 2010 Ford Edge | 3,000.00 | 1,000.00 | | 1,000.00 | FA |
| 12. Hyundai Santa Fe 2005 (u) | 2,800.00 | 1,000.00 | | 1,000.00 | FA |
| 13. 2008 Honda Shadow (u) | 2,000.00 | 500.00 | | 500.00 | FA |
| 14. Vacation Pay (u) | 15,000.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $499,250.00    $4,500.00    $4,500.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

RE PROP #      14   --   These funds were post petition and therefore not property of the Debtors' estate

Initial Projected Date of Final Report (TFR): 11/30/2016         Current Projected Date of Final Report (TFR): 11/30/2016                    Exhibit A

Case 12-25604  Doc 95  Filed 09/29/16  Entered 09/29/16 13:57:07  Desc Main
Document  Page 5 of 13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-25604 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Loreto Julia Kintanar | Bank Name: | Associated Bank |
| | Guadalupe Kintanar | Account Number/CD#: | XXXXXX4503 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3409 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/28/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/11/16 | 10 | guadalupe kintanar money order from currency exchange | Payment for Cars | 1129-000 | $1,000.00 | | $1,000.00 |
| 02/11/16 | 11 | Guadalupe Kintanar currency exchange | Payment for Cars | 1129-000 | $1,000.00 | | $2,000.00 |
| 02/11/16 | 9 | Guadalupe Kintanar currency exchange money order | Payment for Cars | 1129-000 | $1,000.00 | | $3,000.00 |
| 02/11/16 | 12 | guadalupe Kintanar currency exchange | Payment for Cars | 1229-000 | $1,000.00 | | $4,000.00 |
| 02/11/16 | 13 | Guadalupe Kintanar currency exchange check | Payment for Cars | 1229-000 | $500.00 | | $4,500.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,490.00 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,480.00 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,470.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,460.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,450.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,440.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,430.00 |

|   | COLUMN TOTALS | $4,500.00 | $70.00 |
|---|---|---|---|
|   | Less: Bank Transfers/CD's | $0.00 | $0.00 |
|   | Subtotal | $4,500.00 | $70.00 |
|   | Page Subtotals: | $4,500.00 | $70.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,500.00 | $70.00 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4503 - Checking | $4,500.00 | $70.00 | $4,430.00 |
| | $4,500.00 | $70.00 | $4,430.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,500.00 |
| Total Gross Receipts: | $4,500.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-25604  
Debtor Name: Loreto Julia Kintanar  
Claims Bar Date: 5/16/2016  

Date: September 28, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $1,125.00 | $1,125.00 |
| 100 2200 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $33.74 | $33.74 |
| 1 280 5800 | Dept Of The Treasury<br>Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | This claim is both priority and unsecured claim. | $0.00 | $136.28 | $136.28 |
| 1A 300 7100 | Dept Of The Treasury<br>Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Unsecured | This claim is both priority and unsecured claim. | $0.00 | $1,908.18 | $1,908.18 |
| 2 300 7100 | Ge Capital Retail Bank<br>Attn: Bankruptcy Department<br>Po Box 960061<br>Orlando Fl 32896-0661 | Unsecured | The allowed claim is reduced by the payment of $64.69 paid by the Chapter 13 trustee. | $202.00 | $227.45 | $162.76 |
| 3 300 7100 | Ecast Settlement Corporation<br>Pob 29262<br>New York, Ny 10087-9262 | Unsecured | The allowed amount of the claim was reduced by $148.54 which was the payment made by the Chapter 13 trustee. | $197.00 | $522.20 | $373.66 |
| 8 300 7100 | Department Stores National Bank/Macy"s<br>Bankruptcy Processing<br>Po Box 8053<br>Mason, Oh 45040 | Unsecured | The allowed claim was reduced by $56.57 the amount paid by the chapter 13 trustee. | $234.00 | $198.90 | $142.33 |
| 9 300 7100 | American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, Tx 75016-8088 | Unsecured | The allowed claim was reduced by $221.37 the amount of the payment made by the Chapter 13 trustee. | $1,018.00 | $778.28 | $556.91 |
| 10 300 7100 | Portfolio Recovery Associates, Llc<br>C/O Wal-Mart<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | The allowed claim was reduced by $137.45 the amount paid by the chapter 13 trustee. | $430.00 | $483.24 | $345.79 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 12-25604
Debtor Name: Loreto Julia Kintanar
Claims Bar Date: 5/16/2016

Date: September 28, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11 300 7100 | Portfolio Recovery Associates, Llc C/O Capital One, Na Pob 41067 Norfolk Va 23541 | Unsecured | The allowed claim was reduced by $659.61 the amount paid by the chapter 13 trustee. | $2,319.00 | $2,319.03 | $1,659.42 |
| 12 300 7100 | Capital One, N.A. C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | The allowed claim has been reduced by $81.28 the amount paid by the chapter 13 trustee. | $353.00 | $285.75 | $203.47 |
| 13 300 7100 | Pra Receivables Management, Llc Pob 41067 Norfolk, Va 23541 | Unsecured | The allowed amount of the claim was reduced by $330.73 the payment made by the chapter 13 trustee. | $1,162.00 | $1,162.78 | $832.05 |
| 14 300 7100 | Lvnv Funding, Llc Its Successors And Assigns As Assignee Of Fnbm Llc Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Unsecured | the allowed amount of the claim was reduced by $188.02 which represents the payment made by the chapter 13 trustee. | $0.00 | $661.04 | $473.02 |
| 15 300 7100 | Sallie Mae Ecfc C/O Sallie Mae Inc. 220 Lasley Ave Wilkes-Barre, Pa 18706 | Unsecured | | $0.00 | $25,141.42 | $25,141.42 |
| 17 300 7100 | Navient Solutions, Inc Po Box 9640 Wilkes-Barre, Pa 18773-9640 | Unsecured | | $0.00 | $32,192.27 | $32,192.27 |
| 18 300 7100 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $168.52 | $168.52 |
| 19 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Fnbm, Llc Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $621.00 | $872.63 | $872.63 |
| 20 300 7100 | Portfolio Recovery Associates, Llc Successor To Bluestem Brands, Inc. (Fingerhut) Pob 41067 Norfolk, Va 23541 | Unsecured | | $0.00 | $1,884.45 | $1,884.45 |

Page 2    Printed: September 28, 2016

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 12-25604  
Debtor Name: Loreto Julia Kintanar  
Claims Bar Date: 5/16/2016

Date: September 28, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>400<br>4110 | Healthcare Associates Credit Union<br>1151 E Warrenville Road<br>Naperville, Il 60563 | Secured | <br><br>Objection to claim was sustained by the court. | $0.00 | $6,429.53 | $6,429.53 |
| 5<br>400<br>4110 | Ford Motor Credit Company Llc<br>Drawer 55-953<br>P.O. Box 55000<br>Detroit, Mi 48255-0953<br>Telephone No. (800) 955-8532 | Secured | <br><br>Objection to claim was sustained by the court. | $0.00 | $29,692.91 | $29,692.91 |
| 6<br>400<br>4110 | Ford Motor Credit Company Llc<br>Drawer 55-953<br>P.O. Box 55000<br>Detroit, Mi 48255-0953<br>Telephone No. (800) 955-8532 | Secured | <br><br>Objection to claim was sustained by the court. | $0.00 | $21,237.00 | $21,237.00 |
| 7<br>400<br>4110 | Harley-Davidson Credit Corp<br>9441 Lbj Freeway, Suite 350<br>Dallas, Texas 75243 | Secured | <br><br>Objection to claim was sustained by the court. | $0.00 | $5,410.31 | $5,410.31 |
| 16<br>400<br>4110 | Citimortgage, Inc.<br>Po Box 6030<br>Sioux Falls, Sd 57117-6030 | Secured | <br><br>Objection to claim was sustained by the court. | $0.00 | $64,695.54 | $64,695.54 |
| | Case Totals | | | $6,536.00 | $197,566.45 | $195,677.19 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-25604
Case Name: Loreto Julia Kintanar
        Guadalupe Kintanar
Trustee Name: Zane L. Zielinski

Balance on hand                                          $        4,430.00

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 1,125.00 | $ 0.00 | $ 1,125.00 |
| Trustee Expenses: Zane L. Zielinski | $ 33.74 | $ 0.00 | $ 33.74 |

Total to be paid for chapter 7 administrative expenses         $        1,158.74

Remaining Balance                                              $        3,271.26

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 136.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dept Of The Treasury | $ 136.28 | $ 0.00 | $ 136.28 |

UST Form 101-7-TFR (5/1/2011) (Page: 11)

| | Total to be paid to priority creditors | $ | 136.28 |
|---|---|---|---|
| | Remaining Balance | $ | 3,134.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,916.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Dept Of The Treasury | $ 1,908.18 | $ 0.00 | $ 89.40 |
| 2 | Ge Capital Retail Bank | $ 162.76 | $ 0.00 | $ 7.63 |
| 3 | Ecast Settlement Corporation | $ 373.66 | $ 0.00 | $ 17.51 |
| 8 | Department Stores National Bank/Macy"s | $ 142.33 | $ 0.00 | $ 6.67 |
| 9 | American Honda Finance Corporation | $ 556.91 | $ 0.00 | $ 26.09 |
| 10 | Portfolio Recovery Associates, Llc C/O Wal-Mart | $ 345.79 | $ 0.00 | $ 16.20 |
| 11 | Portfolio Recovery Associates, Llc | $ 1,659.42 | $ 0.00 | $ 77.74 |
| 12 | Capital One, N.A. | $ 203.47 | $ 0.00 | $ 9.53 |
| 13 | Pra Receivables Management, Llc | $ 832.05 | $ 0.00 | $ 38.98 |
| 14 | Lvnv Funding, Llc Its Successors And Assigns As | $ 473.02 | $ 0.00 | $ 22.16 |
| 15 | Sallie Mae Ecfc | $ 25,141.42 | $ 0.00 | $ 1,177.85 |
| 17 | Navient Solutions, Inc | $ 32,192.27 | $ 0.00 | $ 1,508.17 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | Capital One Bank (Usa), N.A. | $ 168.52 | $ 0.00 | $ 7.89 |
| 19 | Pyod, Llc Its Successors And Assigns As Assignee | $ 872.63 | $ 0.00 | $ 40.88 |
| 20 | Portfolio Recovery Associates, Llc | $ 1,884.45 | $ 0.00 | $ 88.28 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,134.98 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE