UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Loreto Julia Kintanar § Case No. 12-25604
Guadalupe Kintanar §
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/29/2016     By: /s/ Zane L. Zielinski
                                Chapter 7 Trustee

*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §
                                        §
Loreto Julia Kintanar                   §    Case No. 12-25604
Guadalupe Kintanar                      §
                                        §
            Debtors                     §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,500.00 |
| and approved disbursements of | $ | 70.00 |
| leaving a balance on hand of[1] | $ | 4,430.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Zane L. Zielinski | $ 1,125.00 | $ 0.00 | $ 1,125.00 |
| Trustee Expenses: Zane L. Zielinski | $ 33.74 | $ 0.00 | $ 33.74 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,158.74 |
| Remaining Balance | $ 3,271.26 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 136.28 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dept Of The Treasury | $ 136.28 | $ 0.00 | $ 136.28 |
| | Total to be paid to priority creditors | | | $ 136.28 |
| | Remaining Balance | | | $ 3,134.98 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,916.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Dept Of The Treasury | $ 1,908.18 | $ 0.00 | $ 89.40 |
| 2 | Ge Capital Retail Bank | $ 162.76 | $ 0.00 | $ 7.63 |
| 3 | Ecast Settlement Corporation | $ 373.66 | $ 0.00 | $ 17.51 |
| 8 | Department Stores National Bank/Macy"s | $ 142.33 | $ 0.00 | $ 6.67 |
| 9 | American Honda Finance Corporation | $ 556.91 | $ 0.00 | $ 26.09 |
| 10 | Portfolio Recovery Associates, Llc C/O Wal-Mart | $ 345.79 | $ 0.00 | $ 16.20 |
| 11 | Portfolio Recovery Associates, Llc | $ 1,659.42 | $ 0.00 | $ 77.74 |
| 12 | Capital One, N.A. | $ 203.47 | $ 0.00 | $ 9.53 |
| 13 | Pra Receivables Management, Llc | $ 832.05 | $ 0.00 | $ 38.98 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Lvnv Funding, Llc Its Successors And Assigns As | $ 473.02 | $ 0.00 | $ 22.16 |
| 15 | Sallie Mae Ecfc | $ 25,141.42 | $ 0.00 | $ 1,177.85 |
| 17 | Navient Solutions, Inc | $ 32,192.27 | $ 0.00 | $ 1,508.17 |
| 18 | Capital One Bank (Usa), N.A. | $ 168.52 | $ 0.00 | $ 7.89 |
| 19 | Pyod, Llc Its Successors And Assigns As Assignee | $ 872.63 | $ 0.00 | $ 40.88 |
| 20 | Portfolio Recovery Associates, Llc | $ 1,884.45 | $ 0.00 | $ 88.28 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 3,134.98 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                             Northern District of Illinois

In re:                                                          Case No. 12-25604-BWB
Loreto Julia Kintanar                                           Chapter 7
Guadalupe Kintanar
        Debtors
                             CERTIFICATE OF NOTICE
District/off: 0752-1          User: esullivan           Page 1 of 2          Date Rcvd: Sep 30, 2016
                              Form ID: pdf006           Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db/jdb         +Loreto Julia Kintanar,    Guadalupe Kintanar,    48 Harmony Lane,   Romeoville, IL 60446-4284
24318294        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
19522556        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20612191        CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
19117331       +Department Stores National Bank/Macy’s,    Bankruptcy Processing,   Po Box 8053,
                 Mason, OH 45040-8053
19115219      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: FORD MOTOR CREDIT COMPANY LLC,     DRAWER 55-953,   P.O. BOX 55000,
                 DETROIT, MI  48255-0953,    Telephone no. (800) 955-8532)
19116856       +HARLEY-DAVIDSON CREDIT CORP,    9441 LBJ FREEWAY,SUITE 350,    DALLAS,TEXAS 75243-4652
24271285        Navient Solutions, Inc,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
20069830        eCAST Settlement Corporation,    POB 29262,   New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19187439        E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 01 2016 02:06:08
                 AMERICAN HONDA FINANCE CORPORATION,    NATIONAL BANKRUPTCY CENTER,   P.O. BOX 168088,
                 IRVING, TX 75016-8088
19079874        E-mail/Text: cio.bncmail@irs.gov Oct 01 2016 02:05:14      Dept of the Treasury,
                 Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
19111021        E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2016 02:00:18     GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
19114755       +E-mail/Text: collections@hacu.org Oct 01 2016 02:05:41     HealthCare Associates Credit Union,
                 1151 E Warrenville Road,    Naperville, IL 60563-9415
19575434        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 01 2016 02:00:28
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
24530839        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2016 02:18:48
                 Portfolio Recovery Associates, LLC,    Successor to BLUESTEM BRANDS, INC.,    (FINGERHUT),
                 POB 41067,   Norfolk, VA 23541
19469397        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2016 02:01:46
                 Portfolio Recovery Associates, LLC,    c/o Capital One, Na,   POB 41067,   Norfolk VA 23541
20389249       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2016 02:00:23
                 PRA Receivables Management, LLC,    POB 41067,   Norfolk, VA 23541-1067
24498134       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 01 2016 02:01:15
                 PYOD, LLC its successors and assigns as assignee,   of FNBM, LLC,   Resurgent Capital Services,
                 PO Box 19008,   Greenville, SC 29602-9008
19433409       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2016 02:00:25
                 Portfolio Recovery Associates, LLC c/o Wal-mart,    POB 41067,   Norfolk VA 23541-1067
20049313       +E-mail/PDF: pa_dc_claims@navient.com Oct 01 2016 02:01:48     Sallie Mae ECFC,
                 c/o Sallie Mae Inc.,   220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
                                                                                             TOTAL: 11

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: esullivan              Page 2 of 2              Date Rcvd: Sep 30, 2016
                              Form ID: pdf006              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:

              Briana  Czajka    on behalf of Debtor 1 Loreto Julia Kintanar ndil@geracilaw.com
              Briana  Czajka    on behalf of Debtor 2 Guadalupe  Kintanar ndil@geracilaw.com
              Christopher H Purcell    on behalf of Creditor    Ford Motor Credit Company LLC shermlaw13@aol.com
              Glenn B Stearns    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
              James N Pappas    on behalf of Creditor    WELLS FARGO BANK, N.A., as Trustee for the POOLING AND
               SERVICING AGREEMENT Dated as of August 1, 2005 Asset-Backed Pass-Through Certificates Series
               2005-WHQ4 pappas@bcclegal.com,
               mavropodis@bcclegal.com;trainor@bcclegal.com;pluister@bcclegal.com
              Kristin T Schindler    on behalf of Debtor 2 Guadalupe  Kintanar ndil@geracilaw.com
              Kristin T Schindler    on behalf of Debtor 1 Loreto Julia Kintanar ndil@geracilaw.com
              Nicholas D. Strom    on behalf of Creditor    WELLS FARGO BANK, N.A., as Trustee for the POOLING
               AND SERVICING AGREEMENT Dated as of August 1, 2005 Asset-Backed Pass-Through Certificates Series
               2005-WHQ4 strom@bcclegal.com,  pluister@bcclegal.com,mavropodis@bcclegal.com,
               bochnowski@bcclegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Phillip A Pluister    on behalf of Creditor    WELLS FARGO BANK, N.A., as Trustee for the POOLING
               AND SERVICING AGREEMENT Dated as of August 1, 2005 Asset-Backed Pass-Through Certificates Series
               2005-WHQ4 pluister@bcclegal.com,  mavropodis@bcclegal.com,bochnowski@bcclegal.com
              Terri M Long    on behalf of Creditor    Harley-Davidson Credit Corp. tmlong@tmlong.com,
               Courts@tmlong.com
              Thomas W Toolis    on behalf of Debtor 2 Guadalupe  Kintanar twt@jtlawllc.com,
               lld@jtlawllc.com;axb@jtlawllc.com;reception@jtlawllc.com
              Thomas W Toolis    on behalf of Debtor 1 Loreto Julia Kintanar twt@jtlawllc.com,
               lld@jtlawllc.com;axb@jtlawllc.com;reception@jtlawllc.com
              Zane L. Zielinski     trustee@zanezielinski.com,   zzielinski@ecf.epiqsystems.com
              Zane L. Zielinski     on behalf of Trustee Zane L. Zielinski trustee@zanezielinski.com,
               zzielinski@ecf.epiqsystems.com
                                                                                               TOTAL: 15