UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Loreto Julia Kintanar | § | Case No. 12-25604 |
| Guadalupe Kintanar | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 182,150.00                     Assets Exempt: 305,875.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,271.26       Claims Discharged
                                                  Without Payment: 271,066.57

Total Expenses of Administration: 1,228.74

---

3) Total gross receipts of $ 4,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 4,500.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 207,067.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,228.74 | 1,228.74 | 1,228.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 136.28 | 136.28 | 136.28 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 6,747.00 | 68,812.81 | 66,923.55 | 3,134.98 |
| **TOTAL DISBURSEMENTS** | $ 213,814.00 | $ 70,177.83 | $ 68,288.57 | $ 4,500.00 |

　　　4)  This case was originally filed under chapter 7 on 06/26/2012 . The case was pending for 58 months.

　　　5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　　Dated:  04/10/2017　　　　　　　By:/s/Zane L. Zielinski, Trustee
　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2005 Harley Softail | 1129-000 | 1,000.00 |
| 2006 Ford Expedition | 1129-000 | 1,000.00 |
| 2010 Ford Edge | 1129-000 | 1,000.00 |
| 2008 Honda Shadow | 1229-000 | 500.00 |
| Hyundai Santa Fe 2005 | 1229-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 ESB/HARLEY DAVIDSON CR Attn: Bankruptcy Dept. Po Box 21829 Carson City NV 89721 | | 5,648.00 | NA | NA | 0.00 |
| | 3 FORD CRED Attn: Bankruptcy Dept. Po Box Box 542000 Omaha NE 68154 | | 21,237.00 | NA | NA | 0.00 |
| | 4 FORD CRED Attn: Bankruptcy Dept. Po Box Box 542000 Omaha NE 68154 | | 29,487.00 | NA | NA | 0.00 |
| | 5 Healthcare Assoc CR UN Attn: Bankruptcy Dept. 1151 E Warrenville Rd Naperville IL 60563 | | 6,174.00 | NA | NA | 0.00 |
| | 6 Ocwen LOAN Servicing L Attn: Bankruptcy Dept. 12650 Ingenuity Dr Orlando FL 32826 | | 144,521.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 207,067.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 1,125.00 | 1,125.00 | 1,125.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2200-000 | NA | 33.74 | 33.74 | 33.74 |
| Associated Bank | 2600-000 | NA | 70.00 | 70.00 | 70.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,228.74 | $ 1,228.74 | $ 1,228.74 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Dept Of The Treasury | 5800-000 | NA | 136.28 | 136.28 | 136.28 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 136.28 | $ 136.28 | $ 136.28 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 16 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 |  | 0.00 | NA | NA | 0.00 |
|  | 7 Dependon Collection SE Attn: Bankruptcy Dept. Po Box 4833 Oak Brook IL 60522 |  | 211.00 | NA | NA | 0.00 |
|  | 8 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 |  | 0.00 | NA | NA | 0.00 |
|  | 9 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 |  | 0.00 | NA | NA | 0.00 |
|  | Blatt, Hasenmiller, Leibsker & Moore 125 S. Wacker Dr. Suite 400 Chicago IL 60606 |  | 0.00 | NA | NA | 0.00 |
| 9 | American Honda Finance Corporation | 7100-000 | 1,018.00 | 778.28 | 556.91 | 26.09 |
| 18 | Capital One Bank (Usa), N.A. | 7100-000 | NA | 168.52 | 168.52 | 7.89 |
| 12 | Capital One, N.A. | 7100-000 | 353.00 | 285.75 | 203.47 | 9.53 |
|  | Clerk, United States Bankruptcy Court | 7100-000 | NA | 6.67 | 6.67 | 6.67 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Department Stores National Bank/Macy"s | 7100-000 | 234.00 | 198.90 | 142.33 | 0.00 |
| 1A | Dept Of The Treasury | 7100-000 | NA | 1,908.18 | 1,908.18 | 89.40 |
| 3 | Ecast Settlement Corporation | 7100-000 | 197.00 | 522.20 | 373.66 | 17.51 |
| 2 | Ge Capital Retail Bank | 7100-000 | 202.00 | 227.45 | 162.76 | 7.63 |
| 14 | Lvnv Funding, Llc Its Successors And Assigns As | 7100-000 | NA | 661.04 | 473.02 | 22.16 |
| 17 | Navient Solutions, Inc | 7100-000 | NA | 32,192.27 | 32,192.27 | 1,508.17 |
| 11 | Portfolio Recovery Associates, Llc | 7100-000 | 2,319.00 | 2,319.03 | 1,659.42 | 77.74 |
| 20 | Portfolio Recovery Associates, Llc | 7100-000 | NA | 1,884.45 | 1,884.45 | 88.28 |
| 10 | Portfolio Recovery Associates, Llc C/O Wal-Mart | 7100-000 | 430.00 | 483.24 | 345.79 | 16.20 |
| 13 | Pra Receivables Management, Llc | 7100-000 | 1,162.00 | 1,162.78 | 832.05 | 38.98 |
| 19 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 621.00 | 872.63 | 872.63 | 40.88 |
| 15 | Sallie Mae Ecfc | 7100-000 | NA | 25,141.42 | 25,141.42 | 1,177.85 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 6,747.00** | **$ 68,812.81** | **$ 66,923.55** | **$ 3,134.98** |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 12-25604 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Loreto Julia Kintanar | | | | Date Filed (f) or Converted (c): | 06/26/2012 (f) |
| | Guadalupe Kintanar | | | | 341(a) Meeting Date: | 02/04/2016 |
| For Period Ending: | 04/10/2017 | | | | Claims Bar Date: | 05/16/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1032 Redondo Drive Romeoville, Il 60446 - (Debtors Primary R | 180,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account With Citibank | 25.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account With Bank Of America | 125.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods; Tv, Dvd Player, Tv Stand, Stereo, Sofa, Vac | 1,800.00 | 0.00 | | 0.00 | FA |
| 5. Books, Compact Discs, Tapes/Records, Family Pictures | 150.00 | 0.00 | | 0.00 | FA |
| 6. Necessary Wearing Apparel. | 150.00 | 0.00 | | 0.00 | FA |
| 7. Earrings, Watch, Costume Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 8. Pension W/ Employer/Former Employer | 282,000.00 | 0.00 | | 0.00 | FA |
| 9. 2005 Harley Softail | 6,000.00 | 1,000.00 | | 1,000.00 | FA |
| 10. 2006 Ford Expedition | 6,000.00 | 1,000.00 | | 1,000.00 | FA |
| 11. 2010 Ford Edge | 3,000.00 | 1,000.00 | | 1,000.00 | FA |
| 12. Hyundai Santa Fe 2005 (u) | 2,800.00 | 1,000.00 | | 1,000.00 | FA |
| 13. 2008 Honda Shadow (u) | 2,000.00 | 500.00 | | 500.00 | FA |
| 14. Vacation Pay (u) | 15,000.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $499,250.00       $4,500.00             $4,500.00       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee's final report was approved on October 21, 2016.

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

RE PROP #      14    --    These funds were post petition and therefore not property of the Debtors' estate

Initial Projected Date of Final Report (TFR): 11/30/2016        Current Projected Date of Final Report (TFR): 11/30/2016

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-25604  
Case Name: Loreto Julia Kintanar  
Guadalupe Kintanar  
Taxpayer ID No: XX-XXX3409  
For Period Ending: 04/10/2017

Trustee Name: Zane L. Zielinski, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX4503  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/11/16 | 10 | guadalupe kintanar<br>money order from currency exchange | Payment for Cars | 1129-000 | $1,000.00 | | $1,000.00 |
| 02/11/16 | 11 | Guadalupe Kintanar<br>currency exchange | Payment for Cars | 1129-000 | $1,000.00 | | $2,000.00 |
| 02/11/16 | 9 | Guadalupe Kintanar<br>currency exchange money order | Payment for Cars | 1129-000 | $1,000.00 | | $3,000.00 |
| 02/11/16 | 12 | guadalupe Kintanar<br>currency exchange | Payment for Cars | 1229-000 | $1,000.00 | | $4,000.00 |
| 02/11/16 | 13 | Guadalupe Kintanar<br>currency exchange check | Payment for Cars | 1229-000 | $500.00 | | $4,500.00 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,490.00 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,480.00 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,470.00 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,460.00 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,450.00 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,440.00 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,430.00 |
| 10/21/16 | 5001 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,158.74 | $3,271.26 |

Page Subtotals: $4,500.00   $1,228.74

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-25604 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Loreto Julia Kintanar | Bank Name: Associated Bank |
| Guadalupe Kintanar | Account Number/CD#: XXXXXX4503 |
| | Checking |
| Taxpayer ID No: XX-XXX3409 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/10/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($1,125.00) 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($33.74) 2200-000 | | | |
| 10/21/16 | 5002 | Dept Of The Treasury Internal Revenue Service Po Box 7346 Philadelphia, Pa 19101-7346 | Distribution | | | $225.68 | $3,045.58 |
| | | Dept Of The Treasury | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($136.28) 5800-000 | | | |
| | | Dept Of The Treasury | Final distribution to claim 1 representing a payment of 4.68 % per court order. | ($89.40) 7100-000 | | | |
| 10/21/16 | 5003 | Ge Capital Retail Bank Attn: Bankruptcy Department Po Box 960061 Orlando Fl 32896-0661 | Final distribution to claim 2 representing a payment of 4.68 % per court order. | 7100-000 | | $7.63 | $3,037.95 |
| 10/21/16 | 5004 | Ecast Settlement Corporation Pob 29262 New York, Ny 10087-9262 | Final distribution to claim 3 representing a payment of 4.68 % per court order. | 7100-000 | | $17.51 | $3,020.44 |
| 10/21/16 | 5005 | Department Stores National Bank/Macy"s Bankruptcy Processing Po Box 8053 Mason, Oh 45040 | Final distribution to claim 8 representing a payment of 4.68 % per court order. | 7100-000 | | $6.67 | $3,013.77 |
| 10/21/16 | 5006 | American Honda Finance Corporation National Bankruptcy Center P.O. Box 168088 Irving, Tx 75016-8088 | Final distribution to claim 9 representing a payment of 4.68 % per court order. | 7100-000 | | $26.09 | $2,987.68 |
| 10/21/16 | 5007 | Portfolio Recovery Associates, Llc C/O Wal-Mart Pob 41067 Norfolk Va 23541 | Final distribution to claim 10 representing a payment of 4.68 % per court order. | 7100-000 | | $16.20 | $2,971.48 |

Page Subtotals:            $0.00            $299.78

UST Form 101-7-TDR (10/1/2010)  (Page: 11)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-25604 | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- |
| Case Name: | Loreto Julia Kintanar | Bank Name: | Associated Bank |
| | Guadalupe Kintanar | Account Number/CD#: | XXXXXX4503 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3409 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/10/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/21/16 | 5008 | Portfolio Recovery Associates, Llc<br>C/O Capital One, Na<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 11 representing a payment of 4.68 % per court order. | 7100-000 | | $77.74 | $2,893.74 |
| 10/21/16 | 5009 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 12 representing a payment of 4.68 % per court order. | 7100-000 | | $9.53 | $2,884.21 |
| 10/21/16 | 5010 | Pra Receivables Management, Llc<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 13 representing a payment of 4.68 % per court order. | 7100-000 | | $38.98 | $2,845.23 |
| 10/21/16 | 5011 | Lvnv Funding, Llc Its Successors And Assigns As<br>Assignee Of Fnbm Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution to claim 14 representing a payment of 4.68 % per court order. | 7100-000 | | $22.16 | $2,823.07 |
| 10/21/16 | 5012 | Sallie Mae Ecfc<br>C/O Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes-Barre, Pa 18706 | Final distribution to claim 15 representing a payment of 4.68 % per court order. | 7100-000 | | $1,177.85 | $1,645.22 |
| 10/21/16 | 5013 | Navient Solutions, Inc<br>Po Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 17 representing a payment of 4.68 % per court order. | 7100-000 | | $1,508.17 | $137.05 |
| 10/21/16 | 5014 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 18 representing a payment of 4.68 % per court order. | 7100-000 | | $7.89 | $129.16 |
| 10/21/16 | 5015 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Fnbm, Llc<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 19 representing a payment of 4.68 % per court order. | 7100-000 | | $40.88 | $88.28 |
| 10/21/16 | 5016 | Portfolio Recovery Associates, Llc<br>Successor To Bluestem Brands, Inc. (Fingerhut)<br>Pob 41067<br>Norfolk, Va 23541 | Final distribution to claim 20 representing a payment of 4.68 % per court order. | 7100-000 | | $88.28 | $0.00 |

| | | | Page Subtotals: | | $0.00 | $2,971.48 | |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-25604 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: Loreto Julia Kintanar | Bank Name: | Associated Bank |
| Guadalupe Kintanar | Account Number/CD#: | XXXXXX4503 |
| | | Checking |
| Taxpayer ID No: XX-XXX3409 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 04/10/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/17 | 5005 | Department Stores National Bank/Macy"s Bankruptcy Processing<br>Po Box 8053<br>Mason, Oh 45040 | Final distribution to claim 8 representing a payment of 4.68 % per court order. Reversal | 7100-000 | | ($6.67) | $6.67 |
| 02/20/17 | 5017 | Clerk, United States Bankruptcy Court<br>219 South Dearboon<br>7th Floor<br>Chicago, Illinois 60604 | Unclaimed Funds | 7100-000 | | $6.67 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,500.00 | $4,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $4,500.00 | $4,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,500.00 | $4,500.00 |

Page Subtotals: $0.00    $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4503 - Checking | $4,500.00 | $4,500.00 | $0.00 |
|  | $4,500.00 | $4,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| **Total Net Deposits:** | **$4,500.00** |
| **Total Gross Receipts:** | **$4,500.00** |

Page Subtotals:   $0.00   $0.00